RECEIVED

FEB 1 8 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STACEY CARTER | CIVIL ACTION NO. 13-cv-2113 |
| VERSUS | JUDGE STAGG |
| ELDORADO CASINO, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 74)** is **denied**, and the **Motions for Summary Judgment (Docs. 95 and 97)** filed by Eldorado Casino and the City of Shreveport, Chief Willie Shaw, Officer K. P. Anderson and Officer Paul Robinson are **granted**, and all claims against all Defendants are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day of February, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE